

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:    01-11-00701-CV

Trial Court Cause
Number:    11DCV187301

Style:    Glenn Blair

    **v** Angela McClinton

Date motion filed[*]:    August 29, 2013

Type of motion:    Motion to supplement record

Party filing motion:    Appellant, Glenn Blair

Document to be filed:

Is appeal accelerated? ☐ YES  ☒ NO

Ordered that motion is:

☐ Granted

    If document is to be filed, document due: _____

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
    ☒ Acting individually  ☐ Acting for the Court

Panel consists of  Justices Keyes, Sharp, and Huddle.

Date: October 8, 2013